**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 23-cr-00251-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. XAVIER DREW;
   *a/k/a "Flock",*
   *a/k/a "Billy",*
2. ESVIN IVAN CALLES-CORRALES;
3. DAIQUAN MARSHALL;
   *a/k/a "Mushy",*
4. JACKSON PRESSER;
5. LEAHNA MORRIS; and
6. DARRYL GOODMAN,

    Defendants.

---

**SUPERSEDING INDICTMENT**

---

The Grand Jury charges:

### COUNT 1

From on or about October of 2022, up to and including on or about April 27, 2023, in the State and District of Colorado and elsewhere, the defendant, XAVIER DREW, *a/k/a "Flock", a/k/a "Billy"*; ESVIN IVAN CALLES-CORRALES; DAIQUAN MARSHALL, *a/k/a "Mushy"*; LEAHNA MORRIS; DARRYL GOODMAN; and others both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree, with interdependence, to distribute and to possess with the intent to distribute: 400 grams and more of a mixture and substance containing

a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(vi); 40 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(vi); 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine and 50 grams and more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii); and 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine and 5 grams and more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(viii).

All in violation of Title 21, United States Code, Section 846.

Penalty Allegations:

In relation to the charged conspiracy, it is alleged that the amounts of drugs attributable to the defendants as a result of their own conduct, and the conduct of others reasonably foreseeable to them, are as follows:

-For XAVIER DREW, *a/k/a "Flock", a/k/a "Billy"*: 400 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl) in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(vi); and 50 grams and more of methamphetamine (actual), and 500 grams and more of a mixture and substance containing a detectable amount of

methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

-For ESVIN IVAN CALLES-CORRALES: 40 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl) in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(vi); and 50 grams and more of methamphetamine (actual), in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

-For DAIQUAN MARSHALL *a/k/a "Mushy"*, and DARRYL GOODMAN: 40 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(vi).

-For LEAHNA MORRIS: 40 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(vi); and 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine and 5 grams and more of methamphetamine (actual), in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(viii).

## COUNT 2

On or about November 30, 2022, in the State and District of Colorado, the defendant, XAVIER DREW, *a/k/a "Flock", a/k/a "Billy"*, did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT 3

On or about November 30, 2022, in the State and District of Colorado, the defendant, XAVIER DREW, *a/k/a "Flock", a/k/a "Billy"*, did knowingly use and carry a firearm during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely violations of Title 21, United States Code, Sections 841(a)(1) and 846, as alleged in Counts 1 and 2 herein, and did possess a firearm in furtherance of those same offenses.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 4

Between or about November 30, 2022, and April 17, 2023, in the State and District of Colorado, the defendant, XAVIER DREW, *a/k/a "Flock", a/k/a "Billy"*, did transfer and otherwise dispose of firearms to an undercover agent of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), in or otherwise affecting interstate and foreign commerce, knowing or having reasonable cause to believe that the use and possession of the firearms by the recipient would constitute a felony, and did attempt to do the same.

All in violation of Title 18, United States Code, Section 933(a)(1) and (a)(3).

## COUNT 5

On or about December 1, 2022, in the State and District of Colorado and elsewhere, the defendant, XAVIER DREW, *a/k/a "Flock", a/k/a "Billy"*, and ESVIN IVAN CALLES-CORRALES, did knowingly and intentionally distribute and possess with intent to distribute 50 grams and more of methamphetamine (actual), a Schedule II controlled

substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii) and Title 18, United States Code, Section 2 (aiding and abetting).

## COUNT 6

On or about December 1, 2022, in the State and District of Colorado and elsewhere, the defendant, XAVIER DREW, *a/k/a "Flock", a/k/a "Billy"*, and ESVIN IVAN CALLES-CORRALES, did knowingly and intentionally distribute and possess with intent to distribute 40 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(vi) and Title 18, United States Code, Section 2 (aiding and abetting).

## COUNT 7

On or about December 13, 2022, in the State and District of Colorado, the defendant, XAVIER DREW, *a/k/a "Flock", a/k/a "Billy"*, did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT 8

On or about February 1, 2023, in the State and District of Colorado, the defendant, XAVIER DREW, *a/k/a "Flock", a/k/a "Billy"*, did knowingly and intentionally distribute and possess with intent to distribute 40 grams and more of a mixture and

substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(vi).

## COUNT 9

On or about February 3, 2023, in the State and District of Colorado, the defendant, XAVIER DREW, *a/k/a "Flock", a/k/a "Billy"*, did knowingly possess and transfer machine guns, specifically Glock conversion devices, as defined in Title 26, United States Code, Section 5845(b).

All in violation of Title 18, United States Code, Section 922(o).

## COUNT 10

On or about February 3, 2023, in the State and District of Colorado, the defendant, XAVIER DREW, *a/k/a "Flock", a/k/a "Billy",* knowingly possessed a firearm, to wit: a silencer, not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## COUNT 11

On or about February 25, 2023, in the State and District of Colorado, the defendant, XAVIER DREW, *a/k/a "Flock", a/k/a "Billy"*, did knowingly and intentionally distribute and possess with intent to distribute 40 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(vi).

## COUNT 12

On or about February 25, 2023, in the State and District of Colorado, the defendant, XAVIER DREW, *a/k/a "Flock", a/k/a "Billy"*, did knowingly and intentionally use a communications device, to wit: the United States Mail, in committing, and in causing and facilitating the commission of a felony delineated in Title 21 of the United States Code, specifically a violation of Title 21, United States Code, Section 841(a)(1) as alleged in Count 11 herein.

All in violation of Title 21, United States Code, Section 843(b) and (d).

## COUNT 13

On or about March 1, 2023, in the State and District of Colorado, the defendant, XAVIER DREW, *a/k/a "Flock", a/k/a "Billy"*, did knowingly possess and transfer machine guns, specifically Glock conversion devices, as defined in Title 26, United States Code, Section 5845(b).

All in violation of Title 18, United States Code, Section 922(o).

## COUNT 14

On or about March 1, 2023, in the State and District of Colorado, the defendant, XAVIER DREW, *a/k/a "Flock", a/k/a "Billy"*, did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT 15

On or about March 23, 2023, in the State and District of Colorado, the defendant,

XAVIER DREW, *a/k/a "Flock", a/k/a "Billy"*, did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT 16

On or about March 23, 2023, in the State and District of Colorado, the defendant, XAVIER DREW, *a/k/a "Flock", a/k/a "Billy"*, did knowingly and intentionally distribute and possess with intent to distribute 5 grams and more of methamphetamine (actual), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(viii).

## COUNT 17

On or about March 30, 2023, in the State and District of Colorado, the defendant, XAVIER DREW, *a/k/a "Flock", a/k/a "Billy"*, did knowingly and intentionally distribute and possess with intent to distribute 50 grams and more of methamphetamine (actual), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

## COUNT 18

On or about March 30, 2023, in the State and District of Colorado, the defendant, XAVIER DREW, *a/k/a "Flock", a/k/a "Billy"*, did knowingly and intentionally distribute and possess with intent to distribute 40 grams and more of a mixture and substance

containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(vi).

## COUNT 19

On or about April 17, 2023, in the State and District of Colorado, the defendant, JACKSON PRESSER, in connection with the acquisition of a firearm from Green Mountain Guns, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Green Mountain Guns, which statement was intended and likely to deceive Green Mountain Guns as to a fact material to the lawfulness of such sale and acquisition of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that he was the actual buyer of the firearms indicated on the Form 4473, when in fact as the defendant then knew, he was not the actual buyer of the firearms.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 20

On or about April 17, 2023, in the State and District of Colorado, the defendant, XAVIER DREW, *a/k/a "Flock", a/k/a "Billy"*, did knowingly and intentionally distribute and possess with intent to distribute 40 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(vi).

## COUNT 21

On or about April 17, 2023, in the State and District of Colorado, the defendant, XAVIER DREW, *a/k/a "Flock", a/k/a "Billy"*, did knowingly and intentionally distribute and possess with intent to distribute 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(viii).

## COUNT 22

On or about April 17, 2023, in the State and District of Colorado, the defendant, XAVIER DREW, a/k/a "Flock", a/k/a "Billy", did knowingly possess a firearm, in and affecting interstate and foreign commerce, to wit: an Anderson Manufacturing, Model AM-15, Multi-Caliber AR style pistol, with knowledge that the firearm had the manufacturer's serial number removed, altered, and obliterated.

All in violation of Title 18, United States Code, Section 922(k).

## COUNT 23

On or about April 24, 2023, in the State and District of Colorado, the defendant, DAIQUAN MARSHALL, *a/k/a, "Mushy"*, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 24

Between on or about April 24, 2023, and April 27, 2023, in the State and District

of Colorado, the defendants, XAVIER DREW, *a/k/a "Flock", a/k/a "Billy"*; DAIQUAN MARSHALL *a/k/a "Mushy"*; LEAHNA MORRIS; and DARRYL GOODMAN, did knowingly and intentionally distribute and possess with intent to distribute 40 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(vi) and Title 18, United States Code, Section 2 (aiding and abetting).

## COUNT 25

On or about April 27, 2023, in the State and District of Colorado, the defendants, XAVIER DREW, *a/k/a "Flock", a/k/a "Billy"*, and LEAHNA MORRIS, did knowingly and intentionally distribute and possess with intent to distribute 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine, and 5 grams and more of methamphetamine (actual), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(viii), and Title 18, United States Code, Section 2 (aiding and abetting).

## COUNT 26

On or about May 2, 2023, in the State and District of Colorado, the defendant, DARRYL GOODMAN, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms and ammunition in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 27

On or about May 2, 2023, in the State and District of Colorado, the defendant,

DARRYL GOODMAN, did knowingly and intentionally possess with intent to distribute 40 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(vi).

### Forfeiture Allegation

The allegations contained in Counts 1 through 27 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the violations alleged in Counts 1 through 27 of this Indictment involving violations of: Title 21, United States Code, Sections 841(a)(1), 843(b), and 846; Title 18, United States Code, Sections 924(c)(1)(A)(i), 933(a)(1), 922(a)(6), 922(g),922(k), 922(o), and 924(a)(2); and Title 26, United States Code, Section 5861(d), defendants XAVIER DREW, *a/k/a "Flock", a/k/a "Billy"*; ESVIN IVAN CALLES-CORRALES; DAIQUAN MARSHALL *a/k/a "Mushy"*; JACKSON PRESSER; LEAHNA MORRIS; and DARRYL GOODMAN shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all of the defendants' right, title and interest in all property constituting and derived from any proceeds obtained directly and indirectly as a result of such offenses, and in all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offenses, in addition to any firearms and ammunition involved in the offenses pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), including, but not limited to:

1. A money judgment in the amount of proceeds obtained by defendants; and

2. Any and all firearms, firearms accessories and ammunition seized in connection with this investigation, including but not limited to:

-a Privately Made Firearm, 9mm pistol, bearing no serial number

-a Glock, model 19, 9mm pistol bearing serial number BRBT737

-a HS Produkt, model XD45, 45 caliber pistol, bearing serial number XD698801;

-a Privately Made Firearm, .22 caliber pistol, bearing no serial number;

-an American Tactical Imports, model Hybrid, 300 caliber blackout pistol, bearing serial number NS233004;

-a Ruger, model 10/22, .22 caliber rifle, bearing serial number 001132946;

-a Sig Sauer, model P320, 9mm pistol, bearing serial number 58K105924;

-an Anderson Manufacturing, model AM-15, 556 caliber pistol, bearing serial number 22069883;

-an Anderson Manufacturing, model AM-15, 556 caliber pistol, bearing serial number 21436859;

-$19,881 U.S. Currency

If any of the property described in the paragraphs above, as a result of any act or omission of the defendants:

a) cannot be located upon the exercise of due diligence;
b) has been transferred or sold to, or deposited with, a third party;
c) has been placed beyond the jurisdiction of the Court;
d) has been substantially diminished in value; or
e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek

forfeiture of any other property of said defendants up to the value of the forfeitable property.

                                  A TRUE BILL:

                                  <u>Ink signature on file in Clerk's Office</u>
                                  FOREPERSON

COLE FINEGAN
United States Attorney

By: *s/ Bradley W. Giles*
Bradley W. Giles
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax:  303-454-0406
E-mail: Bradley.giles@usdoj.gov
Attorney for Government